## AFFIDAVIT OF SPECIAL AGENT MICHAEL FINNERTY

I, Michael Finnerty, having been duly sworn, herby depose and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been employed since 2001. I am assigned to the Worcester, Massachusetts Satellite Office of the ATF's Boston Field Division, where I am responsible for conducting investigations related to violations of various federal firearms laws. My participation in these investigations has included using confidential human sources, cooperating witnesses, and undercover agents; executing search and arrest warrants; conducting victim and witness interviews; reviewing business records and communications content; and conducting electronic and physical surveillance.

2. I submit this Affidavit in support of an application for a criminal complaint charging SATRON PRIDGEN, born 1978, with being a felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g)(1), hereinafter the "Subject Offense."

3. As detailed below, there is probable cause to believe that PRIDGEN committed the Subject Offense in Fitchburg, Massachusetts on or about September 16, 2023.

4. The information set forth in this affidavit is based on an investigation conducted by law enforcement agents, including myself. I have reviewed certain reports prepared by other law enforcement officers regarding their observations, have spoken with other law enforcement officers regarding other facts developed during this investigation, and reviewed a security video provided by the business establishment involved. This affidavit is intended to establish sufficient probable cause for the issuance of the requested criminal complaint and does not set forth all of my knowledge about this matter.

**RELEVANT STATUTES**

5.  Title 18, United States Code, Section 922(g) provides, in relevant part, that "[i]t shall be unlawful for any person -- who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year…to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

6.  Title 18, United States Code, Section 921 defines a firearm as "any weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive, or the frame or receiver of any such weapon" and ammunition as "ammunition or cartridge cases, primers, bullets, or propellant powder designed for use in any firearm."

**STATEMENT OF PROBABLE CAUSE**

7.  On September 16, 2023, at approximately 1:30 a.m., customers left a restaurant/bar located on Airport Road in Fitchburg (hereinafter the "Pub").  A group of five men and one woman gathered on the sidewalk between the Pub and the parking lot. That area, and the ensuing activity occurring in front of the Pub described below, was captured on the Pub security video.

8.  A bald male with a goatee ("Person #1"), wearing a light-colored hooded sweatshirt grabbed another male ("Person #2), who wore a black sweatshirt with the hood pulled over a tan baseball hat.  Person #1 grabbed Person #2 by the neck and pulled him to the ground.

9.  As the altercation between Person #1 and Person #2 continued, PRIDGEN then approached a different male ("Person #3") from behind.  PRIDGEN grabbed and held Person #3 around the neck in a chokehold for several seconds as several employees of the Pub approached.

10. Using his right hand, PRIDGEN then reached into the right pocket of the pants that he (PRIDGEN) wore and removed what in the Pub security video appeared to be a black handgun. PRIDGEN proceeded to hit Person #3 in the head with the handgun multiple times.

11. Fitchburg Police Officer Krish Kulka saw the disturbance and ran across the parking lot towards the altercation. Officer Kulka was able to separate PRIDGEN and Person #3.

12. An employee of the Pub yelled that PRIDGEN "had a gun." At about that same time, PRIDGEN ran from the area.

13. Officer Kulka pursued PRIDGEN as he ran towards the neighboring business and around the rear of the building. Officer Kulka heard the sound of metal hitting metal from the area by the dumpsters. He continued following PRIDGEN as he ran back to the front of the Pub, where he apprehended PRIDGEN.

14. Within minutes, Fitchburg Police Officer Travis Morcaldi responded to the scene and walked to the rear lot of the Pub. Officer Morcaldi located and secured a loaded black pistol on the grass next to a metal dumpster.

15. The firearm was identified as a Smith & Wesson, Model M&P 380 Shield EZ, .380 caliber pistol bearing serial # NKY8630.

16. The firearm contained a magazine filled with seven rounds of WIN 380 Auto ammunition. An eighth round was in the chamber.

17. WIN 380 Auto ammunition is manufactured by Winchester Ammunition in Oxford, Mississippi and East Alton, Illinois.

18. The subject Smith & Wesson firearm is owned by Person #4. On September 22, 2023, Person #4 reported to Fitchburg Police that her firearm was missing and that she believed

her boyfriend, PRIDGEN, had been arrested with the firearm.  Person #4 stated that she stored the firearm and ammunition in separate locked containers. PRIDGEN resided with Person #4.

## PRIOR FELONY CONVICTIONS

19. Amongst other felony convictions, prior to September 16, 2023, PRIDGEN was convicted of the following offenses:

   a. On November 17, 1999, PRIDGEN was convicted of assault and battery by means of a dangerous weapon, to wit: a handgun, for which he was sentenced to nine to ten years in state prison (Worcester Superior Court Docket 9985CR00019-2); and

   b. On October 18, 2011, PRIDGEN was convicted (for conduct occurring on September 26, 2010) of , inter alia, armed assault with intent to rob; assault and battery by means of a dangerous weapon causing serious bodily injury; and possession of a firearm and ammunition as a career criminal, for which he was sentenced to ten to twelve years in state prison (Worcester Superior Court Docket 1085cr001244); and

   c. On October 18, 2011, PRIDGEN was convicted (for conduct occurring on June 10, 2010) of possession with intent to distribute a controlled substance and distribution of cocaine, for which he was sentenced to nine to ten years in state prison (Worcester Superior Court Docket 1085cr001244).

## CONCLUSION

20.     Based on the foregoing, there is probable cause to believe that: (a) PRIDGEN had been – and knew that he had been – previously convicted of a crime punishable by imprisonment for a term exceeding one year; (b) PRIDGEN knowingly possessed ammunition; and (c) the ammunition affected interstate commerce.

WHEREFORE, I respectfully request that the Court issue a criminal complaint charging Satron PRIDGEN with being a felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

*Michael M Finnerty*
Special Agent Michael M. Finnerty
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn before me by telephone in accordance with Federal Rules of Criminal Procedure 41(d)(3) and 4.1 this __18th__ day of October 2023.

3:50 p.m.

*David H. Hennessy*
HONORABLE DAVID H. HENNESSY
United States Magistrate Judge